# Electronic Articles of Organization For Florida Limited Liability Company

L20000233625
FILED 8:00 AM
August 04, 2020
Sec. Of State
thampton

## Article I

The name of the Limited Liability Company is:

ICE RAK LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

1471 LAKE BONNY DR. W
LAKELAND, FL. US  33801

The mailing address of the Limited Liability Company is:

1471 LAKE BONNY DR. W
LAKELAND, FL. US  33801

## Article III

The name and Florida street address of the registered agent is:

RAMIL A KAMINSKY
1471 LAKE BONNY DR W
LAKELAND, FL.   33801

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   RAMIL KAMINSKY

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
REGINA M TULLIO
1471 LAKE BONNY DR. W
LAKELAND, FL.   33801  US

Title: MGR
RAMIL A KAMINSKY
1471 LAKE BONNY DR. W
LAKELAND, FL.   33801  US

L20000233625
FILED 8:00 AM
August 04, 2020
Sec. Of State
thampton

## Article V

The effective date for this Limited Liability Company shall be:

07/31/2020

Signature of member or an authorized representative

Electronic Signature: RAMIL A. KAMINSKY

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.