https://raklawfirm-my.sharepoint.com/personal/ramil_raklawfirm_com/Documents/Personal/with modified rider.docx

EBB/LEO/LMP/CEG
LL-072420
April 29, 2021

## LEASE RIDER

THIS RIDER (this "Rider") is made and entered into as of the *May 6th day of *April, 2021 by and among RITA'S FRANCHISE COMPANY, LLC, a Delaware limited liability company ("Franchisor"), ICE RAK LLC ("Franchisee") and MSF MARKET, LLC ("Landlord"), as an addendum to the lease, as modified, amended, supplemented, renewed and/or extended from time to time as contemplated herein and dated _____ (the "Lease") for the Demised Premises as more fully described in the Lease (the "Premises")

WHEREAS, Franchisee has also entered (or will enter prior to Lease execution) into a Franchise Agreement (the "Franchise Agreement") with Franchisor for the development and operation of a Rita's Italian Ice at the Premises and as a condition to obtaining Franchisor's approval of the Lease, the Lease for the Premises must contain the provisions contained in this Rider.

NOW THEREFORE, in consideration of the mutual covenants and commitments herein contained, the execution and delivery of the Lease, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

1. The Premises may be used solely for the operation of a Rita's shop, pursuant to the use clause detailed in the Lease. Franchisee, as the Lessee under the Lease under the Lease, shall have the right, subject to Landlord prior review and approval and any municipal or applicable code, to display and use the "Rita's" proprietary marks and signs in the manner required by Franchisor.

2. Landlord agrees to deliver to Franchisor a copy of any notice of default or termination of the Lease and all formal correspondence between Landlord and Franchisee under the lease.

3. Franchisee assigns to Franchisor, with Landlord's consent, all of Franchisee's rights, title and interests to and under the Lease upon any termination or expiration without renewal of the Franchise Agreement (provided the Lease has a remaining term), but no such assignment shall be effective unless and until: (a) the Franchise Agreement is terminated or expires without renewal; (b) Franchisor exercises its option under the Franchise Agreement and this Rider to assume Franchisee's interest under the Lease by notifying Franchisee and Landlord in writing that Franchisor assumes Franchisee's obligations under the Lease; (c) the Lease is in full force and effect and there are no defaults thereunder; (d) Lessee under the Lease shall agree in writing to remain liable under the terms of the Lease for the remainder of the then existing term; (e) subsequent assignee shall covenant, by written instrument, in form and content satisfactory to Landlord, to pay the rent reserved and to perform all of Lessee* under the ~~Lease's obligations~~ under the Lease, including any accrued obligations as of the time of the assignment; (f) such assignment shall be subject to all the terms and conditions of this Lease including the requirement to use the Demised Premises only for the Permitted Use set forth in the Lease; (g) the assignee shall not be subject to any bankruptcy or insolvency proceedings at

5/3/21 LL
*obligations

33                                                    Please initial: ___
                                                                      LL

https://raklawfirm-my.sharepoint.com/personal/ramil_raklawfirm_com/Documents/Personal/with modified rider.docx
EBB/LEO/LMP/CEG
11-4072420
April 29, 2021

the time of such assignment; and (h) Subsequent assignee shall deliver an original copy of the fully executed assignment, as well as documentation of satisfaction of the other terms and conditions set forth in this paragraph, prior to the assignment becoming effective..

4. Franchisor shall have the right, but not the obligation, to cure any breach of the Lease upon giving written notice of its election to Franchisee and Landlord, and, if so stated in the notice, to also succeed to Franchisee's rights, title and interests thereunder, as detailed under the Lease and subject to the terms in Section 3 herein and not for any additional term. Such cure period shall be extended for an additional: (a) 5 days for in the event of a monetary default and (b) 10 days in the event of a non- monetary default (or such longer period as may be reasonably necessary provided Franchisor commences a cure within such 10-day period and diligently pursues the cure thereafter), after the expiration of the time in which Franchisee may cure a default pursuant to the terms of the Lease.

5. Franchisee and Landlord acknowledge and agree that Franchisor shall have no liability or obligation whatsoever under the Lease unless and until Franchisor gives written notice to Landlord that Franchisor assumes the Lease in accordance with this Lease Rider. The parties also agree that by signing this Lease Rider, Franchisor has not guaranteed Franchisee's obligations to Landlord. Franchisor, along with its successors and assigns, is an intended third-party beneficiary of the provisions of this Rider.

6. If Franchisor assumes the Lease, as provided above, Franchisor may, further assign the Lease to another franchisee of Franchisor to operate a Rita's shop (pursuant to the use clause detailed in the lease) at the Premises provided that the proposed franchisee has met all of Franchisor's applicable criteria and requirements, Landlord's reasonable financial requirements, has executed a franchise agreement with Franchisor and satisfies all of the requirements for Landlord in accordance with Section 3 of this Lease Rider as detailed above. Landlord and Franchisee agree to execute such further reasonable documentation in form and substance acceptable to Landlord to confirm Landlord's consent to the assignment permitted under this Rider as Franchisor may reasonably request for that purpose. Upon such assignment to a franchisee of Franchisor, Franchisor shall be released from any further liability under the terms and conditions of the Lease.

7. Landlord and Franchisee further acknowledge that if the Franchise Agreement expires (without renewal) or is terminated, then Franchisee has an obligation under the Franchise Agreement to take certain steps to properly de-identify the Premises as a Rita's shop (unless Franchisor takes an assignment of the lease, as provided above). Landlord agrees to permit Franchisor, its employees or agent, to enter the Premises during the term of the Lease for up to ten (10) days or within the ten (10) days of lease termination to remove any signs (both interior and exterior), décor and/or any other materials displaying any marks, designs, slogans and/or logos associated with Franchisor provided Franchisor repairs any damage created by such removal and indemnifies Landlord for any loss, damage or injury to person or property as a result of Franchisor's entry. As between Franchisor and Landlord, Franchisor shall bear all costs and expenses of such /de-

Please initial   LL

https://raklawfirm-my.sharepoint.com/personal/nimd_raklawfirm_com/Documents/Personal/with modified rider docx
EBB/LFO/LMP/CEG
April 29, 2021

identification activities in the event Franchisor undertakes such work and shall repair any damage to the Premises caused as a result of such entry and de-identification.

3. Landlord and Franchisee agree that copies of any and all notices required or permitted under this Rider, or under the Lease, shall also be sent to Franchisor at 1210 Northbrook Drive, Suite 310, Trevose, PA 19053 (attention Legal Department), or to such other address as Franchisor may specify by giving written notice to Landlord.

WITNESS the execution hereof.

LANDLORD

By: _____
Name: Shawn Jackson
Title: Counsel and authorized agent

FRANCHISEE

By: Lynne Tullio
Name: _____
Title: Manage of ICE RAK LLC

RITA'S FRANCHISE COMPANY, LLC ("Franchisor")

By: _____
Name: Gerald C. Wells
Title: General Counsel & CCO

35

Please initial  LL
                SCE

J:\lease\RALEIGH\LEO\Ritas Ice 1 #74393 - Market Square P#2598\Lease Drafts\LL\74393 LS6(LEO).docx
EBB/LEO/LMP/CEG

April 1, 2021

Prepared by and return to:
Sheila Hoch
Benderson Properties, Inc.
570 Delaware Avenue
Buffalo, NY 14202

## MEMORANDUM OF LEASE

NAME AND ADDRESS OF LESSOR:   MSF Market, LLC
                              7978 Cooper Creek Boulevard
                              Suite # 100
                              University Park, Florida  34201

NAME AND ADDRESS OF LESSEE:   Ice RAK, LLC
                              1471 Lake Beeny Dr. W
                              Lakeland, FL 33801

DESCRIPTION OF DEMISED PREMISES:  approximately 1,500 square feet of space (the "Demised Premises") located at Market Square US-98 N, Lakeland, Florida. See Exhibit "A" attached hereto.

DATE OF LEASE:                May 6, 2021

TERM OF LEASE:                Five (5) years

TERM OF OPTION:               Two (2) - Five (5) year

Nothing contained in this Memorandum of Lease shall be deemed to modify the provisions of the Lease or the rights and obligations of the parties thereto. In the event of any ambiguity between the terms of this Memorandum of Lease and the terms of the Lease, the terms of the Lease shall prevail.

Pursuant to Section 713.10, Florida statutes, notice is hereby given that neither Lessee nor anyone claiming by, through or under Lessee has any right to subject Lessor's interest in the Shopping Center to any claim or lien and all such parties must look solely to the credit of Lessee for payment. The specific language contained in the Lease is as follows:

> "Section 13. Mechanics Lien: Lessee has no authority or power to cause or permit any lien or encumbrance of any kind whatsoever, whether created by act of Lessee, operation of law, or otherwise, to attach to

36

Please initial  LL

J:\lease\RALEIGH\LEO\Ritas Ice I #74393 - Market Square P#2598\Lease Drafts\LL\74393.LS6(LEO).docx
EBB/LEO/LMP/CEG
FI-072420
April 1, 2021

or be placed upon Lessor's title or interest in the Shopping Center or Demised Premises, and any and all liens and encumbrances created by Lessee shall attach to Lessee's interest only. In order to comply with the provisions of Section 713.10, Florida Statutes, it is specifically provided that neither Lessee nor anyone claiming by, through or under Lessee, including, but not limited to, contractors, subcontractors, materialmen, mechanics and laborers, shall have any right to file or place any mechanics' or materialmen's liens of any kind whatsoever upon the Demised Premises, the Shopping Center or improvements thereon, and any such liens are hereby specifically prohibited. All parties with whom Lessee may deal are put on notice that Lessee has no power to subject Lessor's interest to any mechanics' or materialmen's lien of any kind or character, and all such persons so dealing with Lessee must look solely to the credit of Lessee, and not to Lessor's interest or assets. In the event that any such lien is filed against the premises as a result of alterations, additions or improvements made by or on behalf of Lessee, Lessor, at its option, after ~~ten (10)~~ thirty (30) days' notice to Lessee may pay the said lien and Lessee shall forthwith reimburse Lessor the total expense incurred by Lessor (including but not limited to reasonable attorney fees) in procuring the discharge or bonding the said lien, as additional rent hereunder."

[Handwritten margin annotations: "LL 5/5/21 (N)" and "thirty (30)"]

REMAINDER OF PAGE INTENTIONALLY BLANK.
SIGNATURE PAGE TO FOLLOW.

Please initial [initials] LL

J:\lease\RALEIGH\LEO\Ritas Ice L#74393 - Market Square P#2598\Lease Drafts\LL\74393 LS6(LEO).docx
EBB/LEO/LMP/CFG
LL-072420
April 1, 2021

IN WITNESS WHEREOF, the parties hereto have set their hands and seals below.

**LESSOR:**

MSF MARKET, LLC

Date: _____    By: _____
Shaun Jackson, Counsel and Authorized Agent

**LESSEE:**

ICE RAK, LLC

Date: April 8 2021    By: _____ /s/ _____
April 29 2021
ₚ                    Print Name: Regina Tullio

                     Print Title: MGR

38

Please initial ___
LL

## LESSOR'S ACKNOWLEDGMENT

State of _____ )
                         ) ss:
County of _____ )

On the _____ day of _____ in the year 2021, before me, the undersigned, a notary public in and for said state, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual(s) or the person(s) upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

## LESSEE'S ACKNOWLEDGMENT

State of _Florida_ )
                   ) ss:
County of _Polk_   )

On the _29th_ day of _April_ in the year 2021, before me, the undersigned, a notary public in and for said state, personally appeared _Regina Tullio_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity and that by his/her/their signature on the instrument, the individual(s) or the person(s) upon behalf of which the individual(s) acted, executed the instrument.

DELAINA ARCHER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG111495
Expires 8/5/2021

_____
NOTARY PUBLIC

39

Please initial 
LL

## State of Florida Acknowledgement Notary Certificate

**STATE OF FLORIDA**
**COUNTY OF Polk**

On 04/08/2021, before me, Linda L Clark, a notary public, personally appeared by physical presence, Regina M Tullio who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the attached Lease agreement [name of document] instrument and acknowledged to me that that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or entity upon behalf of which the person(s) acted executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State listed above that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Personally known          OR
Produced identification FL Type of identification produced: DL

_(Signature of notary public)_

**My commission expires:** 02/25/2024



LINDA L. CLARK
Notary Public State of Florida
Commission# GG 951881
My comm. expires Feb 25 2024

**Official Seal**

05-74-0433NSB 02-2020