

**Esther Troche <esther@tremblylaw.com>**

## Fwd: Shop entity (LLC)
1 message

**Gina T** <regina.marie.tullio@gmail.com>  Tue, Jan 30, 2024 at 4:44 PM
To: Arturo A <arturo@tremblylaw.com>, Esther Troche <esther@tremblylaw.com>

Please see email below

Kindly,
Gina Tullio-Kaminsky
(856)-281-8487


---------- Forwarded message ---------
From: **Gina Tullio** <regina.marie.tullio@gmail.com>
Date: Thu, May 27, 2021 at 3:50 PM
Subject: Fwd: Shop entity (LLC)
To: Ramil <ramil@raklawfirm.com>



---------- Forwarded message ---------
From: **Jamie Snyder** <j.snyder@ritascorp.com>
Date: Thu, May 27, 2021 at 3:13 PM
Subject: Shop entity (LLC)
To: regina.marie.tullio@gmail.com <regina.marie.tullio@gmail.com>
CC: Marlise Macrina <m.macrina@ritascorp.com>


Gina,

I have copied Marlise from our legal department on this email since she is in need another piece for your file. The highlighted below is from her!


One other item. I think Gina formed an entity, Ice RAK LLC. If this is the case, she will need to send me the certificate of formation/organization and any other entity documents so I can prepare the paperwork to transfer into the entity. Let her know she can contact me directly if she has any questions.



Thank you,

Jamie



**Jamie Snyder** | Franchise Consultant

Rita's Franchise Company, LLC I 1210 Northbrook Drive, Suite 310

Trevose, PA 19053

Mobile: 215-292-0687

j.snyder@ritascorp.com

ritasice.com I Own A Rita's



*The information transmitted in this message, and any attachment(s) to this message, is intended for the exclusive use of the addressee(s) (each, an "Addressee") and contains information that is confidential and proprietary to the Rita's franchise system. If the Addressee is a franchisee of the Rita's franchise system (each, a "Franchisee"), the information transmitted in this message and all attachments are subject to the confidentiality provisions of the Franchisee's franchise agreement(s). Any review, forwarding, printing, copying, retransmission, dissemination, or other use of the information transmitted in this message and all attachments by persons or entities other than the intended Addressee ("Unauthorized Recipient") is strictly prohibited and unlawful; and, if a Franchisee provides such information to an Unauthorized Recipient, such conduct is a breach of the Franchisee's franchise agreement. If you are not the intended Addressee, please notify the sender immediately - by replying to this message or by calling 1-800-677-7482 and destroy all copies of this message and all information contained herein, including any attachments, without reading or disclosing them.*

--
Kindly,
Gina Tullio-Kaminsky
(856)-281-8487